UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SIVERLINCE POINT DU JOUR,

                                    Petitioner,

v.

CHRISTOPHER J. LAROSE, in his official capacity as Warden of Otay Mesa Detention Center; THE SAN DIEGO FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, in his or her official capacity; Todd BLANCHE, in his official capacity as Acting Attorney General of the United States, U.S. Department of Justice; Markwayne MULLIN, in his official capacity as Secretary of the Department of Homeland Security;

                                    Respondents.

Case No.: 3:26-cv-2431-JES-MMP

**ORDER DISMISSING PETITION AS DUPLICATIVE AND CLOSING CASE**

**[ECF No. 1]**

On April 17, 2026, the Court issued an Order to Show Cause ("OSC") for Petitioner to address whether this filing is duplicative of 26-cv-2207 and explain why the Court

1

should not close this case and direct all filings to 26-cv-2207. Petitioner was ordered to file a brief by April 22, 2026. The Court cautioned Petitioner that if he did file anything by that date, the Court would issue an order closing this case. To date, Petitioner has not filed a response. The Court therefore **DISMISSES** this action as duplicative, without prejudice to Petitioner's other petition. The Clerk of Court is **DIRECTED** to **CLOSE** only this case.

**IT IS SO ORDERED.**

Dated: May 4, 2026

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-2431-JES-MMP